**IT IS SO ORDERED.**

                                                                                    *Kay Woods*
                                                                    _____
Dated: November 10, 2009                    **Honorable Kay Woods**
      02:48:40 PM                                           **United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 07-41858 |
| EARL LYNN HARDY<br>KIMBERLY SUE HARDY | CHAPTER 7 |
| DEBTORS | JUDGE KAY WOODS |
| | **ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT**<br>**(Real Property located at 526 Benton Road, Salem, OH 44460)** |

       This matter came to be considered on the Motion for Relief from Stay and Abandonment ("the Motion") filed by U.S. Bank, N.A., successor by merger to The Leader Mortgage Company, LLC ("Movant")

       Movant has alleged that good cause exists for granting the Motion and that Debtor(s), counsel for Debtor(s), the Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE, ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns

2. The Trustee is authorized and directed to abandon such collateral.

###

SUBMITTED BY:

/s/ Erin M. Laurito
_____
Erin M. Laurito (0075531)
Jeffrey V. Laurito (0014652)
LAURITO & LAURITO, L.L.C.
35 Commercial Way
Springboro, OH 45066
937-743-4878
937-743-4877 fax
Attorneys for Movant

SERVICE LIST

Earl Lynn Hardy, debtor
526 Benton Road
Salem, OH 44460
(served via US Mail)

Kimberly Sue Hardy, debtor
526 Benton Road
Salem, OH 44460
(served via US mail)

Robert Ciotola
Attorney for Debtor
4590 Boardman Canfield Road
Canfield, OH 44406
(served via ECF Noticing)

Mark Beatrice, Trustee
Atrium Level 2
Commerce Bldg.
Youngstown, OH 44503
(served via ECF Noticing)

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Ave.
Cleveland, OH 44114
(served via ECF Noticing)

Erin M. Laurito
Jeffrey V. Laurito
35 Commercial Way
Springboro, OH 45066
(served via ECF Noticing)